**UNITED STATES of America, Appellee,**

v.

**Jimmy Joe KORF, Appellant.**

**No. 09–3330.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 24, 2010.

Filed: May 26, 2010.

Christian Sean Wilton, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Jimmy Joe Korf, Texarkana, TX, pro se.

Michael Weyer McDonald, Prior Lake, MN, for Appellant.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jimmy Korf was charged with distributing and possessing with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). Korf pleaded guilty in accord with a written plea agreement, which contained an appeal waiver. Departing downward, the district

court[1] sentenced Korf to 140 months in prison, well below the advisory Guidelines range. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the reasonableness of the sentence.

We will enforce the appeal waiver in this case because Korf's appeal falls within the scope of the waiver, the record shows the requisite knowledge and voluntariness, and enforcing the appeal waiver would not constitute a miscarriage of justice. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where appeal falls within scope of waiver, both plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Having independently reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issue not covered by the waiver. Accordingly, we grant counsel leave to withdraw, and we dismiss this appeal.

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.